**JoAnn PARKER, Appellant,**

v.

**CITY OF LITTLE ROCK, Appellee.**

No. 00–1056.

United States Court of Appeals,
Eighth Circuit.

Submitted June 21, 2001.

Filed June 22, 2001.

Before MORRIS SHEPPARD
ARNOLD, RICHARD S. ARNOLD, and
FAGG, Circuit Judges.

District of Missouri.

---

1. The HONORABLE HOWARD F. SACHS, United States District Judge for the Western

PER CURIAM.

JoAnn Parker appeals the district court's partial grant of summary judgment for the City of Little Rock in her employment discrimination suit, and an adverse jury verdict on the remainder of her claims. Having reviewed the record and the parties' briefs, we reject Parker's arguments on appeal. We thus affirm the district court's summary judgment order and the entry of judgment on the jury's verdict. *See* 8th Cir. R. 47B. We also deny Parker's pending motion.